**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**
**Docket No.: 1:06-CR-56**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) MOTION FOR EARLY TERMINATION |
| | ) OF FEDERAL PROBATION WITH |
| AARON CHAPMAN, | ) INCORPORATED MEMORANDUM OF LAW |
| Defendant, | ) |

NOW COMES the Defendant, Aaron Chapman, by and through his attorney, Scott E. Gurney, and moves this Honorable Court to Terminate his Federal Probation according to 18 U.S.C.§ 3583(e)(1) *and in support states the following*:

1. Mr. Chapman has completed a significant portion of his supervised release;

2. Mr. Chapman has been and is completely in compliance with all of the conditions of his supervised release;

3. Mr. Chapman has completed a Relapse Prevention Plan as part of his post-conviction treatment;

4. Mr. Chapman has, through his Relapse Prevention Plan, placed numerous safeguards in his personal and professional life to avoid behaviors that would put him at risk of reoffending and has followed these protocols to the letter;

5. Mr. Chapman has completed an Insight Letter to Self as part of his treatment plan;

6. In the Insight Letter to Self, Mr. Chapman has reinforced and restated the safeguards he has placed in his life to prevent relapse and reoffending;

7. Mr. Chapman has demonstrated a strong dedication to his treatment and to the prevention of any relapses or additional offenses;

8. Mr. Chapman was the victim of significant abuse as a child and he has worked diligently to address this issue in his treatment while on probation;

9. Mr. Chapman has completed and passed four polygraph tests at the request of Probation;

10. Mr. Chapman is a business owner and is successful in a telemarketing business with numerous employees and contracts making him a significant member of the business community in Central Maine;

11. Enclosed are nine letters of reference for Mr. Chapman, both professional and personal, that demonstrate his change in persona, his outlook on life, and his diligence and dedication to prevent further criminal conduct.

WHEREFORE, Defendant prays this Honorable Court set the above matter for hearing and for such other relief as the Court deems just and proper.

Dated in Waterville, Maine, this 7TH day of August 2014

Scott E. Gurney, Bar No.: 4323
Attorney for Defendant
11 Park Street
Waterville, ME 04901
(207)877-7781

## CERTIFICATE OF SERVICE

I, Scott E. Gurney, Esq., being duly sworn, deposes and say that I am the attorney for Defendant in said cause and that on 7th day of August 2014, I made service of the foregoing motion upon the State by delivering a copy by first class U.S. mail, postage prepaid to James Moore, AUSA, United State Attorney's Office, 202 Harlow Street, Bangor, Maine 04401 and Mitchell Oswald, US Probation Officer, 202 Harlow Street, Rm 21000, Bangor, Maine 04401.

Dated: August 7, 2014

Scott E. Gurney, Esq., Bar No. 4323
Attorney for Defendant
11 Park Street
Waterville, ME 04901