UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:06-cr-00056-JAW |
| | ) | |
| AARON J. CHAPMAN | ) | |

**ORDER DENYING DEFENDANT'S SECOND
MOTION FOR EARLY TERMINATION**

On May 13, 2015, Aaron J. Chapman filed a pro se motion for early termination of his supervised release. *Mot. to Terminate Def.'s Supervised Release* (ECF NO. 33). On May 19, 2015, the United States Probation Office responded to the motion and urged the Court to deny it. This is Mr. Chapman's second motion to terminate supervised release. On September 8, 2014, the Court denied a prior motion seeking the same relief. *Order Denying Def.'s Mot. for Early Termination* (ECF No. 32).

Mr. Chapman's term of supervised release is scheduled to expire on January 6, 2016. The Court is gratified that Mr. Chapman has done so well since it imposed sentence on July 2, 2007. In addition to his compliance with the conditions of supervised release, Mr. Chapman has the support of family and friends and has built his own company. All of this is encouraging.

However, the Probation Office's objection to the early termination of his supervised release is that mere compliance with the terms of supervised release does not justify its early termination. The Probation Office continues to believe that Mr. Chapman and the community at large would benefit from ongoing monitoring.

As the Court observed in its September 8, 2014 Order, the conditions of supervised release in Mr. Chapman's case are relatively relaxed and the victims of his offense were children as young as seven, who are ill-equipped to protect themselves. *Order* at 2. As before, the Court balances the "incremental intrusion of these supervised release conditions on Mr. Chapman's life against the inherent risk of the conduct underlying his conviction." *Id.* at 3. Striking this balance in favor of the victims, the Court declines to terminate Mr. Chapman's supervised release and instead will allow it to naturally expire on January 6, 2015, a little more than six months from now. Again, the Court recalls Mr. Chapman and it "is impressed with his degree of self-insight, his work ethic, the support of his friends and family." *Id.* The Court remains encouraged by his continuing progress. Nevertheless, the Court will not overrule the Probation Office on this issue in these circumstances.

The Court DENIES Aaron Chapman's Motion to Terminate Defendant's Supervised Release Term (ECF No. 33).

SO ORDERED.

> /s/ John A. Woodcock, Jr.
> JOHN A. WOODCOCK, JR.
> UNITED STATES DISTRICT JUDGE

Dated this 5th day of June, 2015